# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMMY L. SAVAGE-GREEN,<br><br>Plaintiff,<br><br>v.<br><br>COSTAR REALTY INFORMATION, INC.,<br><br>Defendant. | Civil Action No. 17-cv-1101-JFC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel for the parties herein, that the above-captioned action, and all claims, cross-claims, counterclaims, or other claims, is dismissed in its entirety with prejudice and without attorneys' fees, costs or disbursements to either party.

ROTHMAN GORDON P.C.

By: /s/ Nicholas A. Krakoff
Nicholas A. Krakoff, Esq.
310 Grant Street
Third Floor, Grant Building
Pittsburgh, PA 15219
Telephone: 412.338.1167
*Attorneys for Plaintiff*

Dated: June 21, 2018

PROSKAUER ROSE LLP

By: /s/Elise M. Bloom
Elise M. Bloom, Esq. (admitted pro hac vice)
Eleven Times Square
New York, NY 10036
Phone: 212.969.3410
*Attorneys for Defendant*

Dated: June 21, 2018